JAP:DAL

**M11-331**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SAMUEL ALCEREAU,

               Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

       ANDREW KAPPAUF, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

       Upon information and belief, on or about March 30, 2011, within the Eastern District of New York and elsewhere, defendant SAMUEL ALCEREAU did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

       (Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about March 30, 2011, the defendant SAMUEL ALCEREAU arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, aboard Delta Airlines Flight No. 692 from Port Au Price, Haiti.

2. The defendant SAMUEL ALCEREAU was selected for a Customs and Border Protection ("CBP") examination. The defendant presented for inspection a black "Tumi" bag. The defendant claimed ownership of the bag and stated that he packed it himself.

3. Upon opening the defendant's "Tumi" bag, a CBP officer observed that a "PackEasy" suitcase was contained inside. Further examination revealed that the liner at the bottom of the suitcase contained two rails for the suitcase's handle that appeared to be the wrong size for the suitcase. A probe of the rails revealed a white powdery substance, which field-tested positive for the presence of cocaine.

4. Following discovery of cocaine in the defendant's "PackEasy" suitcase, a CBP officer probed the rails in the lining of the "Tumi" bag. Those rails also contained a white powdery

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

substance that field-tested positive for the presence of cocaine.

5. The total approximate gross weight of the cocaine found in the defendant SAMUEL ALCEREAU's bags is 2,439.6 grams.

WHEREFORE, your deponent respectfully requests that defendant SAMUEL ALCEREAU be dealt with according to law.

_____
ANDREW KAPPAUF
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
31st day of March, 2011

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

3